**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **YOLANDA JENKINS**, | **CIVIL ACTION** |
| Plaintiff, | |
| *v.* | **NO. 23-1954-KSM** |
| **WESLEY ENHANCED LIVING, et al.**, | |
| Defendants. | |

## **ORDER**

**AND NOW**, this 27th day of June 2024, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 25), and responses thereto (Doc. Nos. 26, 28, 29), following oral argument, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendants' motion is **GRANTED** in part and **DENIED** in part.  Defendants' motion is **GRANTED** with respect to Plaintiff's 2019 failure to promote race discrimination claim and her hostile work environment claim.  Defendants' motion is **DENIED** with respect to Plaintiff's 2021 failure to promote race discrimination claim.

**IT IS FURTHER ORDERED** that both parties shall participate in a settlement conference with Magistrate Judge Scott W. Reid to be held on July 1, 2024 at 2:00 p.m.  (*See* Doc. No. 35.)

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
_____
KAREN SPENCER MARSTON, J.